# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

150552(79)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ERNEST K. BATESON,
      Plaintiff-Appellant,

v

ESTATE OF WARREN HAMILL and SCIO
TOWNSHIP,
      Defendants-Appellees.

SC: 150552
COA: 317116
Washtenaw CC: 12-000988-CH

_____/

      On order of the Court, the motion for reconsideration of this Court's April 28, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015



Clerk

p0921